**STATE of Missouri, Plaintiff-Respondent,**

v.

**Kevin DAVIS, Defendant-Appellant.**

**No. 48989.**

Missouri Court of Appeals, Eastern District, Division Four.

Aug. 13, 1985.

Motion for Rehearing and/or Transfer Denied Oct. 17, 1985.

Application to Transfer Denied Nov. 21, 1985.

John M. Morris, Asst. Atty. Gen., Jefferson City, for appellant.

Henry B. Robertson, Public Defender, St. Louis, for respondent.

ORDER

PER CURIAM:

Defendant appeals from his convictions by a jury of two counts of first degree robbery and concurrent sentences of twenty years on each count imposed by the court. No jurisprudential purpose would be served by an opinion.

Judgment affirmed. Rule 30.25(b).